# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00016-CV

**Sherri Hull, Barry Rinke, Lori Helmers, Jimmy Mansour, Virginia Liverman, Brian Liverman, Tracy Bethel, Danner Bethel, Kasha Bartholomew, Scott Campbell, Kristin Campbell, Rob Wendt, Pat Haragan, Mary Haragan, Kelly Redding, Scott Redding, Alan Howry, Catherine Howry, Debbie Esterak, Heath Esterak, Jennifer Hartmann, Stephanie Kinchloe, Sarah Baker, Kerri Gerri, Angela Benkendorfer, Scott Benkendorfer, Josiah Sternfeld, Sheena Sternfeld, Claire Brickman, Mike Meroney, and Shannon Meroney, Appellants**

**v.**

**Hyde Park Baptist Church, Appellee**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-003934, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellants Sherry Hull, Scott Campbell, and Kristin Cambell have filed an unopposed motion to dismiss their appeal, explaining that they no longer wish to participate in the appeal. We grant the motion and dismiss Hull and the Campbells from the appeal, which will proceed under the style: Barry Rinke, Lori Helmers, Jimmy Mansour, Virginia Liverman, Brian Liverman, Tracy Bethel, Danner Bethel, Kasha Bartholomew, Rob Wendt, Pat Haragan, Mary Haragan, Kelly Redding, Scott Redding, Alan Howry, Catherine Howry, Debbie Esterak, Heath Esterak, Jennifer Hartmann, Stephanie Kinchloe, Sarah Baker, Kerri Gerri, Angela

Benkendorfer, Scott Benkendorfer, Josiah Sternfeld, Sheena Sternfeld, Claire Brickman, Mike Meroney, and Shannon Meroney v. Hyde Park Baptist Church.

It is ordered on April 27, 2022.


Before Chief Justice Byrne, Justices Kelly and Smith